## 46473. GRAHAM v. PRESIDING JUDGE, SUPERIOR COURT OF COBB COUNTY.

(376 SE2d 686)

SMITH, Justice.

This case involves a petition for a writ of mandamus to compel a superior court judge to act upon an applicant's motion to dismiss an indictment pending against the applicant.

In view of the fact that this is a direct application to this Court for a writ of mandamus, this case is controlled by *Brown v. Johnson,* 251 Ga. 436 (306 SE2d 655) (1983), and the petition is therefore dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED JANUARY 6, 1989.

William K. Graham, *pro se.*
Thomas J. Charron, *District Attorney,* for appellee.